FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  DEC 16 2020  ★

LONG ISLAND OFFICE

## INFORMATION SHEET

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

1.  Title of Case: United States v. BORROMEO ENRIQUE HENRIQUEZ, ET AL.

2.  Related Magistrate Docket Number(s): N/A

3.  Arrest Date: __N/A__

4.  Nature of offense(s):    ☒ Felony
                            ☐ Misdemeanor

CR 20 577

BROWN, J.

TISCIONE, M.J.

5.  Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y.
    Division of Business Rules):  See Attached Related Case Letter

6.  Projected Length of Trial:    Less than 6 weeks    ☐
                                  More than 6 weeks    ☒

7.  County in which crime was allegedly committed: Nassau and Suffolk
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Was any aspect of the investigation, inquiry and prosecution giving rise to the case
    pending or initiated before March 10, 2012.[1]          ☒ Yes  ☐ No

9.  Has this indictment/information been ordered sealed?      ☒ Yes  ☐ No

10. Have arrest warrants been ordered?                        ☒ Yes  ☐No

11. Is there a capital count included in the indictment?      ☒ Yes  ☐No

SETH D. DuCHARME
Acting United States Attorney

By: _____

John J. Durham
Assistant U.S. Attorney
(631) 715-7851

---

[1]    Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12