TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 16 2020 ★

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

LONG ISLAND OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES
             v.
JOHN DOES

**CR 20 577**

Docket Number

**BROWN, J.**

**TISCIONE, M.J.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: John J. Durham, AUSA
Firm Name: USAO-EDNY
Address: 610 Federal Plaza
         Central Islip, New York 11722
Phone Number: (631) 715-7851
E-Mail Address:

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal**

Ongoing criminal investigation involving risk of flight, destruction of evidence, change of behavior, and notification of accomplices.

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Central Islip         , NEW YORK

12/16/20          s/ Steven L. Tiscione

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE _____
                                DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

12/16/2020                S/ John J. Durham
DATE                      SIGNATURE