AO 442 (Rev. 11/11) Arrest Warrant

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 16 2020 ★
LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

United States of America
v.

BORROMEO ENRIQUE HENRIQUEZ,
also known as "Diablito de Hollywood,"

*Defendant*

Case No. CR 20 577

BROWN, J.

TISCIONE, M.J.

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* BORROMEO ENRIQUE HENRIQUEZ, also known as "Diablito de Hollywood", who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Provide and Conceal Material Support and Resources to Terrorists in violation of Title 18, United States Code, Section 2339A(a); Conspiracy to Commit Acts of Terrorism Transcending National Boundaries in violation of Title 18, United States Code, Sections 2332b(a)(1)(A), 2332b(a)(2), 2332b(b)(1)(A), 2332b(b)(1)(B) and 2332b(c); Conspiracy to Finance Terrorism in violation of Title 18, United States Code, Sections 2339C(a)(1)(B) and 2339C(a)(2);

Date: 12/16/2020

s/ Steven L Tiscione
*Issuing officer's signature*

City and state: Central Islip, NY

The Honorable Steve L. Tiscione
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*