TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 16 2020 ★

LONG ISLAND OFFICE

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

*******************************
UNITED STATES

v.            CR 20 577

JOHN DOES

Docket Number

*******************************

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: John J. Durham, AUSA
Firm Name: USAO-EDNY
Address:  610 Federal Plaza
          Central Islip, New York 11722
Phone Number: (631) 715-7851
E-Mail Address:

BROWN, J.
TISCIONE, M.J.

**A)** If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B)** If a <u>new</u> application, the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation involving risk of flight, destruction of evidence, change of behavior, and notification of accomplices.

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Central Islip          , NEW YORK
       12/16/20        s/ Steven L. Tiscione

U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

RECEIVED IN CLERK'S OFFICE_____
                                DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

12/16/2020                S/ John J. Durham
DATE                      SIGNATURE