**FILED**
**CLERK**

1/14/2021 10:56 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

BORROMEO ENRIQUE HENRIQUEZ,
   also known as "Diablito de
   Hollywood," et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 20-CR-577 (JFB)

      Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney John J. Durham, for an order unsealing the indictment and arrest warrants in the above-captioned matter.

      WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:   Central Islip, New York
          January 14, 2021

                            s/ Joseph F. Bianco

                            THE HONORABLE JOSEPH F. BIANCO
                            UNITED STATES CIRCUIT JUDGE (Sitting by Designation)
                            UNITED STATES COURT OF APPEALS
                            FOR THE SECOND CIRCUIT